# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00511-CR

**Manuel Perales, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 8 OF TRAVIS COUNTY
### NO. C-1-CR-12-500040
### HONORABLE CARLOS HUMBERTO BARRERA, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant's brief was originally due October 18, 2013, and counsel has been granted two extensions, each more than fifty days in length. Counsel has filed a third motion, seeking an additional twenty days to file the brief, for a total of 132 days. We grant the motion, extending the deadline to March 6, 2014, and caution counsel that no further extensions will be granted.

It is so ordered February 21, 2014.

Before Justices Puryear, Goodwin, and Field

Do Not Publish